UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF NEW YORK
---------------------------------------------------------------------------
JASON TORRES,

                          Plaintiff,

    -against-

THE CITY OF NEW YORK, P.O. JOSEPH RUGGIERI, Shield No.25662, Individually and in his Official Capacity, and Police Officers "JOHN DOE" 1-3, Individually and in their Official Capacities,

                          Defendants.

NOTICE OF APPEARANCE

15 Cv. 2864 (PGG)

---------------------------------------------------------------------------

To the Clerk of this Court and all parties of record:

        Please enter my appearance as counsel in this case for the Plaintiff.

        I certify that I am an attorney duly admitted to practice in this Court.

Dated :    New York, New York
             February 1, 2016

                          Yours, etc.

                          _____s/_____

                          JESSICA MASSIMI (JM-2920)
                          Law Offices of Michael S. Lamonsoff, PLLC
                          Attorneys for Plaintiff
                          JASON TORRES
                          32 Old Slip, 8th Floor
                          New York, NY 10005
                          (212) 962-1020